IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**RAY REED**                                                                                           **PLAINTIFF**

**V.**                                                                                  **NO. 1:16-CV-173-DMB-DAS**

**JOHN THOMAS, et al.**                                                                               **DEFENDANTS**

## ORDER ADOPTING REPORT & RECOMMENDATION

On April 11, 2018, United States Magistrate Judge David A. Sanders issued a Report and Recommendation recommending that this case be dismissed for lack of jurisdiction. Doc. #18. Ray Reed acknowledged receipt of the Report and Recommendation and did not file any objections. Doc. #20.

Where no objections to a report and recommendation have been filed, a "Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F.Supp.2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). This Court has reviewed the Report and Recommendation and found no plain error. Accordingly, the Report and Recommendation [18] is **ADOPTED** and this case is **DISMISSED without prejudice** for lack of subject matter jurisdiction. A separate judgment consistent with this Order will be entered separately.

**SO ORDERED**, this 5th day of September, 2018.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**