## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

RAY REED                                                          PLAINTIFF

V.                                                    NO. 1:16-CV-173-DMB-DAS

JOHN THOMAS, et al.                                              DEFENDANTS

## FINAL JUDGMENT

In accordance with the order entered this day, this action is **DISMISSED without prejudice**.

**SO ORDERED**, this 5th day of September, 2018.

/s/Debra M. Brown_____
**UNITED STATES DISTRICT JUDGE**